jurors during the progress of the trial was improper.

WILLIAMS, J., concurs in affirmance, but not solely upon the ground stated. STOVER, J., not voting.

UNION BANK OF BROOKLYN, Appellant, v. CASE, Respondent. (Supreme Court, Appellate Term. November 6, 1903.) Action by the Union Bank of Brooklyn against David K. Case, individually and as trustee. From a judgment for defendant, and from an order denying a motion for a new trial, plaintiff appeals. Affirmed.

BLANCHARD, J. The judgment is affirmed, with costs, for the reasons stated in opinion rendered in action No. 1. 84 N. Y. Supp. 550. All concur.

UNION TRUST CO. OF ROCHESTER v. SELIG et al. (Supreme Court, Appellate Division. Fourth Department. October 27, 1903.) Action by the Union Trust Company of Rochester against Emil Selig, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs.

UNITED PRESS v. A. S. ABELL CO. et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by the United Press against the A. S. Abell Company and others. From an order vacating an attachment, plaintiff appeals. Affirmed. William C. Davis, for appellant. Henry T. Fay, for respondent.

PER CURIAM. For the reasons stated in the opinion in United Press v. A. S. Abell Co. et al. (decided herewith) 84 N. Y. Supp. 425, the order should be affirmed, with $10 costs and disbursements.

UNITED PRESS et al. v. A. S. ABELL CO. et al. (Supreme Court, Appellate Division. First Department. November 13, 1903.) Action by the United Press and others against the A. S. Abell Company and others. From an order vacating an attachment, plaintiff and Felix Agnus, defendant, appeal. Reversed. William C. Davis, for appellants. Henry T. Fay, for respondent.

PER CURIAM. For the reasons stated in the opinion in United Press et al. v. A. S. Abell Co. (herewith handed down) 84 N. Y. Supp. 425, the order appealed from should be reversed, with $10 costs and disbursements, and the motion to vacate the attachment denied, with $10 costs.

UNITED PRESS et al. v. A. S. ABELL CO. et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by the United Press and others against the A. S. Abell Company and others. From an order vacating an attachment, plaintiffs appeal. Reversed. William C. Davis, for appellants. Henry T. Fay, for respondent.

PER CURIAM. For the reasons stated in the opinion in United Press et al. v. A. S. Abell Co. (herewith handed down) 84 N. Y. Supp.

426, the order appealed from should be reversed, with $10 costs and disbursements, and the motion to vacate the attachment denied, with $10 costs.

VANDERBEEK, Appellant, v. COLE, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Samuel H. Vanderbeek against Andrew N. Cole. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

VAN VORST, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Seymour Van Vorst against Theodore F. Reed. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

VAN VORST, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Seymour Van Vorst against Theodore F. Reed. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re VAN WYCK et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) In the matter of Robert A. Van Wyck and others. F. Bien, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VERPLANCK, Respondent, v. MURPHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Mary A. Verplanck against Dennis Murphy, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

VILLAGE OF CHAMPLAIN, Appellant, v. McCREA et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by the village of Champlain against Matilda McCrea and others. No opinion. Final order unanimously affirmed, with costs.

VOSSNACK et al., Respondents, v. GENGEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Herman Vossnack, Jr., and others against Jacob Gengel and others. No opinion. Judgment of the Municipal Court affirmed, by consent, with $10 costs.

WALLACE v. HAVANA BRIDGE WORKS. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by James Wallace against the Havana Bridge Works. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs.

WALSH v. HANAN et al. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by Bridget Walsh, administratrix of Johanna Brogan, as adminis-